CHARLES BROWN et al., Appellants, Impleaded with Others, v. NOAH L. BISHOP, Individually and as Executor of EDWARD BROWN, Deceased, Respondent, Impleaded with Another.

*Brown* v. *Packard,* 124 App. Div. 928, affirmed.
(Argued April 9, 1909; decided May 11, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 11, 1908, affirming a judgment in favor of defendant, respondent, entered upon a decision of the court at a Trial Term without a jury in an action to determine the title to the proceeds of a policy of life insurance.

*Martin T. Nachtmann* and *Martin A. Springsteed* for appellants.

*Allison Butts* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.